IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| THOMAS FLORENCE, (TDCJ-CID #654322) AND GEORGE MORGAN, (TDCJ-CID #1125877)<br><br>Plaintiffs,<br><br>vs.<br><br>CHRISTINA MELTON CRANE, *et al.*,<br><br>Defendants. | §§§§§§§§§§§§§  CIVIL ACTION H-06-1091 |

## MEMORANDUM AND OPINION

Plaintiffs, state prisoners proceeding *pro se*, bring this action against Texas prison officials who reside in Cuero County, Walker County, and Travis County, Texas. Plaintiffs sue these officials for violations of civil rights at the Stevenson Unit, where they are confined. That unit is located in Cuero County, Texas.

In the interest of justice and for the convenience of the parties and witnesses, this case is transferred to the United States District Court for the Southern District of Texas, Victoria Division. 28 U.S.C. § § 1391, 1404(a).

SIGNED on April 10, 2006, at Houston, Texas.

*[signature]*

Lee H. Rosenthal
United States District Judge